UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Everett Williams</u>

    v.                                                                      Case No. 24-cv-297-SM

<u>FCI Allenwood Low Warden</u>

<u>ORDER</u>

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 29, 2025, for the reasons set forth. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    The clerk of court shall enter judgment and close the case.

    **So Ordered.**

                                                                   _____
                                                                   Steven J. McAuliffe
                                                                   United States District Judge

Date: February 20, 2025

cc:   Everett Williams, pro se